FILED
2005 May-31  PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE LOUIS MACK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:04-CV-1195-RDP |
| ) | |
| WARDEN MARTHA L. JORDAN, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. In accordance with the recommendation, the petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

DONE and ORDERED this ___31st___ day of May, 2005.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE